IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                              CRIMINAL NO. 5:01-CR-15-DCB

MARTIN DEWAYNE ALLEN                                                  DEFENDANT

### ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on United States' Motion for Remission of Fine [#64] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on May 6, 2002, is hereby remitted.

SO ORDERED this the __27th__ day of __June__, 2016.

                                          _____s/David Bramlette_____
                                          HONORABLE DAVID C. BRAMLETTE, III
                                          UNITED STATES DISTRICT JUDGE